```
 1  Richard Johnston - SBN 124524
    131-A Stony Circle, Suite 500
 2  Santa Rosa, California 95401
    Telephone (707) 577-7422
 3  Facsimile (707) 837-9532

 4
    Attorney for Plaintiff
 5  Kathleen Marvin
```

 6
## UNITED STATES DISTRICT COURT
 7
## NORTHERN DISTRICT OF CALIFORNIA
 8

| | |
|---|---|
| 9   KATHLEEN MARVIN, | ) Case No. C 08-03727 RMW |
| 10              Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| 11   vs. | ) |
| 12   SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE PLAN, | ) |
| 13              Defendant. | ) |
| 14   _____ | ) |

17    I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County of Sonoma. I am over the age of 18 years, and am not a party to the within action. My business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.

20    On August 6, 2008, I mailed at Santa Rosa, California:

21    **1.**   Notice of Lawsuit and Request for Waiver of Service of Summons

22    **2.**   Waiver of Service of Summons (Two Copies)

23    **3.**   Complaint

24    **4.**   Order Setting Initial case Management Conference and ADR Deadlines

25    **5.**   Standing Order for All Judges of the Northern District of California

26    **6.**   Standing Order re: Pretrial Preparation

27    **7.**   Standing Order Regarding Case Management in Civil Cases

28

_____
CERTIFICATE OF SERVICE

**8.** "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California"

in a sealed envelope with postage fully prepaid and addressed to:

Karen D. Rhode
Sun Microsystems, Inc.
4140 Network Circle
Santa Clara, California 95054
*Plan Administrator of*
*Defendant Sun Microsystem, Inc. Comprehensive Welfare Plan*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 6, 2008, at Santa Rosa, California.

/S/
Richard Johnston

CERTIFICATE OF SERVICE          2