**E-Filed on:** 11/17/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN MICROSYSTEMS, INC.<br>COMPREHENSIVE WELFARE PLAN,<br><br>    Defendant. | No. C-08-03727 RMW<br><br>ORDER VACATING HEARING |

The Plan's motion to dismiss presently set for hearing on November 21, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 21, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:   11/17/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
No. C-08-03727 RMW
TSF

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Richard Johnston   RichardJohnstonEsq@gmail.com

4 **Counsel for Defendant:**

5 Robert Frank Schwartz  rschwartz@truckerhuss.com

6 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

7

8

9 **Dated:** 11/17/2008       TSF
                **Chambers of Judge Whyte**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER VACATING HEARING
No. C-08-03727 RMW
TSF          2