```
1  Robert F. Schwartz, SBN 227327
   rschwartz@truckerhuss.com
2  Virginia H. Perkins, SBN 215832
   vperkins@truckerhuss.com
3  TRUCKER ✦ HUSS
   A Professional Corporation
4  120 Montgomery Street, 23rd Floor
   San Francisco, California  94104
5  Telephone:   (415) 788-3111
   Facsimile:    (415) 421-2017
6
7  Attorneys for Defendant Sun Microsystems, Inc.        *E-FILED - 2/12/09*
   Comprehensive Welfare Plan
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARVIN,<br><br>         Plaintiff,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC.<br>COMPREHENSIVE WELFARE<br>PLAN,<br><br>         Defendant. | Case No. C08-03727 RMW PVT<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER** |

Defendant SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE PLAN ("Defendant") and Plaintiff KATHLEEN MARVIN ("Plaintiff") hereby stipulate, by and through their respective counsel, to request an order continuing the date of the currently scheduled Case Management Conference from February 27, 2009 at 10:30 a.m. to March 13, 2009 at 10:30 a.m. and request that the Court issue an order that the parties are to appear on **March 13, 2009 at 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte, in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

This stipulation is based on the following, as set forth in the supporting

Declaration of Robert F. Schwartz:

This request is made on the ground that Counsel for Defendant has a conflicting court appearance scheduled for February 27, 2009 in another matter in the United States District Court, for the District of Arizona, and rescheduling that matter would require a postponement of more than two months. Counsel for Plaintiff in this matter has stipulated to the request.

On November 17, 2008, the Court issued an order vacating the hearing on Defendant's pending Motion to Dismiss, which was set for November 21, 2008. On January 6, 2009, the Court continued the Case Management Conference in the above-entitled matter from January 9, 2009 to February 27, 2009. The Motion to Dismiss is still pending. There have been no other time modifications in this case.

The requested date modification will have no further effect on the schedule for the case.

DATED: February 4, 2009

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant
Sun Microsystems, Inc. Comprehensive
Welfare Plan

DATED: February 4, 2009

By: /s/Richard Johnston
Richard Johnston
Attorney for Plaintiff
Kathleen Marvin

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED 2/12/09

RONALD M. WHYTE
United States District Court Judge