Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendant Sun Microsystems, Inc.
Comprehensive Welfare Plan

*E-FILED - 3/3/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARVIN,<br><br>          Plaintiff,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE PLAN,<br><br>          Defendant. | Case No. C08-03727 RMW PVT<br><br>**STIPULATION AND []<br>ORDER TO HOLD MEDIATION<br>BY MAY 10, 2010** |

Defendant SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE PLAN ("Defendant") and Plaintiff KATHLEEN MARVIN ("Plaintiff") hereby stipulate, by and through their respective counsel, to extend the time by which the parties may engage in mediation pursuant to the Court's rules regarding alternative dispute resolution.

### I. <u>RECITALS</u>

Plaintiff and Defendant earlier agreed to participate in mediation pursuant to the Court's rules regarding alternative dispute resolution.

On January 15, 2010, the Court notified the parties and counsel that Charles S. Loughran was assigned to conduct the mediation to be held in this case.

Pursuant to ADR Local Rule 6-4(b), "unless otherwise ordered, the mediation shall be held within 90 days after the entry of the order referring the case to mediation." The current deadline for holding the mediation in this case is April 10, 2010.

Pursuant to ADR Local Rule 6-4(a), counsel for Plaintiff, counsel for Defendant, and the mediator participated in a premediation conference call to discuss the case and the scheduling of the mediation on February 8, 2010. Efforts were made to schedule the mediation on a date on or before April 10, 2010, provided the date was mutually convenient for counsel, their respective client representatives and the mediator. Finding a mutually convenient date for the mediation was made more difficult because Defendant was recently acquired by Oracle Corporation ("Oracle") and will require additional time for its acquirer, Oracle, to analyze this case before proceeding with mediation.

Subsequent to holding the premediation conference call, counsel for the parties determined that May 10, 2010 is a mutually convenient deadline for all counsel and parties to hold a mediation in this matter. It was therefore agreed to hold the mediation on or before May 10, 2010, provided that the Court approves the mediation being held by that date.

## II. STIPULATION

It is hereby stipulated that there shall be conducted on or before May 10, 2010, a mediation in this case, provided that the Court approves the mediation being held by that date.

DATED: February 18, 2010

**TRUCKER ✦ HUSS**

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant
Sun Microsystems, Inc. Comprehensive Welfare Plan

DATED: February 18, 2010

/s/Richard Johnston (as authorized on 2-18-10)
Richard Johnston
Attorney for Plaintiff
Kathleen Marvin

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED 3/3/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge