Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

*E-FILED - 6/24/10*

Attorneys for Defendant Sun Microsystems, Inc.
Comprehensive Welfare Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARVIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SUN MICROSYSTEMS, INC.<br>COMPREHENSIVE WELFARE<br>PLAN,<br><br>　　　　　　Defendant. | Case No. C08-03727 RMW PVT<br><br>**STIPULATION AND []<br>ORDER RE DISMISSAL WITH<br>PREJUDICE** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff KATHLEEN MARVIN and Defendant SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE PLAN, stipulate and agree, by and through their respective counsel, that the above-referenced action is hereby dismissed, with prejudice. Each party shall bear her or its own attorney's fees and costs.

DATED: June 7, 2010　　　　　　　By: /s/Richard Johnston
　　　　　　　　　　　　　　　　　　　Richard Johnston, Attorneys for
　　　　　　　　　　　　　　　　　　Plaintiff Kathleen Marvin

---

STIPULATION RE DISMISSAL WITH PREJUDICE; Case No. C08-03727 RMW PVT　　　　1

#1081972

TRUCKER ✦ HUSS

DATED: June 7, 2010          By: /s/Robert F. Schwartz
                                 Robert F. Schwartz
                                 Attorneys for Defendant Sun
                                 Microsystems, Inc. Comprehensive
                                 Welfare Plan

I attest that my firm has obtained Mr. Johnston's concurrence in the filing of this document.

DATED: June 7, 2010

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
    Robert F. Schwartz
    Attorneys for Defendant Sun
    Microsystems, Inc. Comprehensive
    Welfare Plan

IT IS SO ORDERED.

DATED: ___6/23/10_____

*Ronald M. Whyte*

Honorable Ronald M. Whyte, Judge
United States District Court, Northern District of California

STIPULATION RE DISMISSAL WITH PREJUDICE; Case No. C08-03727 RMW PVT        2

#1081972